| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
EMILIO MARTINEZ LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00138-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; ORDER** |
| vs. | |
| EMILIO MARTINEZ LOPEZ, | Date: June 17, 2019 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Emilio Lopez, that the status conference hearing currently scheduled for May 28, 2019, at 1:00 p.m. be vacated and that a change of plea hearing be set before the Honorable Dale A. Drozd on June 17, 2019, at 10:00 a.m.

The parties have reached an agreement to resolve this case. Accordingly, the parties jointly request that the May 28, 2019 status conference be vacated and that the matter be set for a change of plea hearing on June 17, 2019, at 10:00 a.m. before the Honorable Dale A. Drozd. The parties have confirmed the availability of the June 17, 2019 date on the district court's calendar. The parties agree that the delay resulting from the continuance to June 17, 2019, shall be

excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                Respectfully submitted,

                                McGREGOR W. SCOTT
                                United States Attorney

Date: May 23, 2019                */s/ Ross Pearson*
                                ROSS PEARSON
                                Assistant United States Attorney
                                Attorney for Plaintiff

                                HEATHER E. WILLIAMS
                                Federal Defender

Date: May 23, 2019                */s/ Reed Grantham*
                                REED GRANTHAM
                                Assistant Federal Defender
                                Attorney for Defendant
                                EMILIO MARTINEZ LOPEZ

## **O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference hearing set for Tuesday, May 28, 2019, at 1:00 p.m. be vacated and that a Change of Plea hearing be set before the Honorable Dale A. Drozd on Monday, June 17, 2019, at 10:00 a.m. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **May 23, 2019**                /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE