1    HEATHER E. WILLIAMS, CA Bar #122664
     Federal Defender
2    REED GRANTHAM, CA Bar #294171
     Assistant Federal Defender
3    Office of the Federal Defender
     2300 Tulare Street, Suite 330
4    Fresno, CA  93721-2226
     Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorneys for Defendant
     EMILIO MARTINEZ LOPEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No. 1:18-cr-00138-DAD-BAM

12              Plaintiff,                  **STIPULATION TO CONTINUE
                                            SENTENCING; ORDER**
13   vs.
                                            Date:  November 18, 2019
14   EMILIO MARTINEZ LOPEZ,                 Time:  10:00 a.m.
                                            Judge: Hon. Dale A. Drozd
15              Defendant.

16

17

18        IT IS HEREBY STIPULATED, by and between the parties, through their respective

19   counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant

20   Federal Defender Reed Grantham, counsel for defendant Emilio Lopez, that the sentencing

21   hearing currently scheduled for September 3, 2019, be continued to November 18, 2019, at 10:00

22   a.m.

23        On June 17, 2019, Mr. Lopez entered a plea of guilty to Count 1 of the Indictment. *See*

24   Dkt. #21. On July 23, 2019, Probation filed its initial Presentence Investigation Report ("PSR")

25   in this case. *See* Dkt. #23. Defense counsel is in receipt of the PSR, however, additional time is

26   necessary to further investigate new information contained in the PSR prior to sentencing.

27   Additionally, Mr. Lopez, who currently resides at Teen Challenge International's Reedley

28   campus, has an anticipated graduation date of October 20, 2019. A continuance will permit Mr.

1   Lopez to fulfill his year-long commitment to Teen Challenge prior to sentencing. Defense

2   counsel has communicated this information to government counsel who has indicated that the

3   government does not object to continuing the sentencing in this matter until November 18, 2019.

4       The requested continuance is made with the intention of conserving time and resources for

5   both the parties and the Court. The requested date is a mutually agreeable date for both parties. As

6   this is a sentencing hearing, no exclusion of time is necessary.

7

8                            Respectfully submitted,

9                            McGREGOR W. SCOTT
                         United States Attorney

10

11  Date: August 5, 2019                */s/ Ross Pearson*
                         ROSS PEARSON

12                           Assistant United States Attorney
                         Attorney for Plaintiff

13

14                           HEATHER E. WILLIAMS
                         Federal Defender

15

16  Date: August 5, 2019                */s/ Reed Grantham*
                         REED GRANTHAM

17                           Assistant Federal Defender
                         Attorney for Defendant

18                           EMILIO LOPEZ

19

20                      **O R D E R**

21      GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing

22  set for Monday, September 3, 2019 at 10:00 a.m. before the Honorable Dale A. Drozd be continued

23  to Monday, November 18, 2019, at 10:00 a.m.

24

   IT IS SO ORDERED.

25

26    Dated:   **August 5, 2019**                              
                                 UNITED STATES DISTRICT JUDGE

27

28