| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664<br>Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>EMILIO MARTINEZ LOPEZ |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:18-cr-00138-DAD-BAM |
| Plaintiff, | | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | | Date: December 9, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |
| EMILIO MARTINEZ LOPEZ, | | |
| Defendant. | | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Emilio Lopez, that the sentencing hearing currently scheduled for November 18, 2019, be continued to December 9, 2019, at 10:00 a.m.

On June 17, 2019, Mr. Lopez entered a plea of guilty to Count 1 of the Indictment. *See* Dkt. #21. On October 28, 2019, Probation filed its final Presentence Investigation Report ("PSR") in this case. *See* Dkt. #26.

Since September 20, 2018, Mr. Lopez has resided at Teen Challenge International's Reedley campus. *See* Dkt. #14. He will be completing and graduating from the program on Sunday, November 17, 2019. It is anticipated that Mr. Lopez will continue to reside at Teen

Challenge immediately following his graduation as he has been accepted into the program's apprenticeship program. Undersigned counsel is in need of additional time to obtain documents, including but not limited to, documents verifying his completion of the Teen Challenge program, prior to sentencing. Such documents would be relevant for sentencing purposes. Additionally, a continuance will permit Mr. Lopez to fulfill his commitment to Teen Challenge prior to sentencing. Defense counsel has communicated this information to government counsel who has indicated that the government does not object to continuing the sentencing in this matter until December 9, 2019.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: November 13, 2019   */s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 13, 2019   */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
EMILIO LOPEZ

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, November 18, 2019 at 10:00 a.m. before the Honorable Dale A. Drozd be continued to Monday, December 9, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**November 13, 2019**__             _____/s/ Lawrence J. O'Neill_____
                                            UNITED STATES CHIEF DISTRICT JUDGE