McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2799

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00138-DAD-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| EMILIO MARTINEZ LOPEZ, | |
| Defendant. | |

WHEREAS, on December 10, 2019, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Emilio Martinez Lopez in the following property:

    a. Rohm, Model RG14, .22 caliber revolver, serial number 416180;

    b. Sawed-off 15-gauge shotgun with detachable barrel, red tape on handle, unknown make, unknown model, unknown serial number; and,

    c. Approximately thirty-three (33) shotgun shells.

AND WHEREAS, beginning on January 22, 2020, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in

the forfeited property

AND WHEREAS, the United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

    a.    Estate of Earl Wayne Clopton: A notice letter was sent via certified mail to Estate of Early Wayne Clopton at 2706 W. Ashlan Ave., Spc. 291, Fresno, CA 93705-1713 on June 5, 2020. On June 16, 2020, the notice letter was returned to the U.S. Attorney's Office marked as "Refused."

AND WHEREAS, the Court has been advised that the Estate of Earl Wayne Clopton has not filed a claim to the subject property and the time for it to file a claim has expired.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Emilio Martinez Lopez and the Estate of Earl Wayne Clopton.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Federal Bureau of Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: __September 2, 2020__    _____
                                             UNITED STATES DISTRICT JUDGE