HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
REED GRANTHAM, CA SBN 294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
EMILIO MARTINEZ LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EMILIO MARTINEZ LOPEZ,<br><br>Defendant. | Case No. 1:18-cr-00138-DAD-BAM<br><br>**ORDER FOR RELEASE AND TRANSPORT TO WESTCARE** |

IT IS HEREBY ORDERED that defendant Emilio Martinez Lopez (Fresno County Sheriff's Office JID No. 7090216) shall be released from the Fresno County Jail on Thursday, October 8, 2020 at 8:00 a.m. and immediately and directly transported to WestCare, located at 611 E. Belmont Avenue, Fresno, for an intake interview for the program's 90-day residential program. To ensure his safe and immediate transport to WestCare, the Jail will release Mr. Lopez only to the custody of Kevin Mitchel, Federal Defender Office representative. Mr. Mitchel agrees to transport Mr. Lopez directly to WestCare.

If Mr. Lopez is accepted into the program, and if he chooses to enroll in the program, Mr. Lopez will remain at WestCare to participate in the program. If Mr. Lopez is not accepted into the program, or if he chooses to not enroll in the program, Mr. Mitchel will immediately and directly return Mr. Lopez to the Fresno County Jail.

While enrolled in the program, Mr. Lopez is ordered to participate and remain in the program until he satisfies the requirements of the 90-day program or until further order of this Court. During this time, Mr. Lopez will remain subject to all terms and conditions of his probation previously ordered. In addition, Mr. Lopez's must comply with the following additional condition:

1. The defendant shall reside and participate in the 90-day residential treatment program at WestCare, located in Fresno, and comply with all the rules and regulations of the program.

If Mr. Lopez voluntarily leaves the program at any time prior to completing the program, or if he is terminated from the program for any reason, he is ordered to immediately inform his probation officer and follow all instructions.

IT IS SO ORDERED.

Dated:   **October 7, 2020**                                  /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE

Lopez:  Order for Release