HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EMILIO MARTINEZ LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EMILIO MARTINEZ LOPEZ,<br><br>Defendant. | Case No. 1:18-cr-00138-DAD-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   December 16, 2020<br>Time:  2:00 p.m.<br>Judge: Duty Magistrate |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Emilio Lopez, that the status conference currently scheduled for November 18, 2020 at 2:00 p.m., be continued to December 16, 2020, at 2:00 p.m.

A probation violation petition was filed in this case on September 28, 2020. *See* Dkt. #37. Mr. Lopez made his initial appearance on the petition on October 6, 2020. *See* Dkt. #41. On October 7, 2020, after a detention hearing was held in the matter, Mr. Lopez was ordered released to WestCare. *See* Dkt. #43. At the time, the parties set a status conference for November 18, 2020, to continue to monitor the case and Mr. Lopez's progress. Mr. Lopez entered WestCare on October 8, 2020. *See* Dkt. #44. He currently remains in the program and is in good standing.

The parties are seeking to continue the November 18, 2020 hearing to continue to monitor the case and Mr. Lopez's progress. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. As this is a probation violation matter, no exclusion of time is necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: November 13, 2020          */s/ Alexandre Dempsey*
                                 ALEXANDRE DEMPSEY
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


                                 HEATHER E. WILLIAMS
                                 Federal Defender

Date: November 13, 2020          */s/ Reed Grantham*
                                 REED GRANTHAM
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 EMILIO LOPEZ

### **O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for Wednesday, November 18, 2020, at 2:00 p.m. be continued to Wednesday, December 16, 2020, at 2:00 p.m.


IT IS SO ORDERED.

Dated:   **November 16, 2020**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

Lopez – Stipulation
and Proposed Order

2