HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EMILIO LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EMILIO LOPEZ,<br><br>Defendant. | Case No.  1:18-cr-00138-DAD-BAM<br><br>**STIPULATION TO MODIFY CONDITION OF PRETRIAL RELEASE AND CONTINUE STATUS CONFERENCE; EXHBITS; ORDER** |

  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Emilio Lopez, that the following term and condition of Mr. Lopez's pretrial release, imposed on October 7, 2020 (*see* Dkt. #44), be  stricken. That condition states the following:

1. The defendant shall reside and participate in the 90-day residential treatment program at WestCare, located in Fresno, and comply with all the rules and regulations of the program.

All other terms and conditions of Mr. Lopez's probation, previously imposed on December 9, 2019, shall remain in full force and effect. *See* Dkt. #30, 33. In addition, the parties agree that the status conference currently set for December 16, 2020, at 2:00 p.m., be continued to February 8, 2021, at 2:00 p.m.

1   A probation violation petition was filed in this case on September 28, 2020. *See* Dkt. #37.
2   Mr. Lopez made his initial appearance on the probation violation petition on October 6, 2020.
3   *See* Dkt. #41. On October 7, 2020, a detention hearing was held in the matter. *See* Dkt. #43. At
4   the detention hearing, probation did not oppose release, however, Mr. Lopez, lacking suitable
5   release options, requested that he be permitted to reside at WestCare. As a result, this Court
6   ordered Mr. Lopez released and Mr. Lopez was released to WestCare on October 8, 2020. *See*
7   Dkt. #44. Mr. Lopez has resided at WestCare continuously since his release on October 8, 2020,
8   and has done very well in the program. *See* Exhibit A – WestCare Documents.

9   In November 2020, Mr. Lopez applied to reside at Centers for Living, a local
10  transitional/sober living home in Fresno. He was accepted into the transitional/sober living home
11  on November 19, 2020. *See* Exhibit B – Centers for Living Acceptance Letter.

12  Mr. Lopez is requesting that he be permitted to reside at Centers for Living. Probation
13  has indicated that it supports the modification and government counsel has indicated that the
14  government has no objection to the proposed modification. All other terms and conditions of Mr.
15  Lopez's probation imposed on December 9, 2019, shall remain in full force and effect, including
16  standard condition 5, which states the following:

> You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

*See* Dkt. #30, 33 at 3.

In light of the above, the parties request that the above condition, imposed on October 7, 2020 (*see* Dkt. #44), be stricken, with all other previously imposed terms and conditions remaining in full force and effect. Additionally, the parties request that the status conference set for December 16, 2020, at 2:00 p.m., be continued to February 8, 2021, at 2:00 p.m.

//

Respectfully submitted,

Lopez – [Proposed] Order and Stipulation                    -2-
to Modify Conditions of Release

                                                             McGREGOR W. SCOTT
                                                             United States Attorney

Dated:  December 4, 2020             */s/ Alexandre Dempsey*
                                                             ALEXANDRE DEMPSEY
                                                             Assistant United States Attorney
                                                             Attorney for Plaintiff

                                                             HEATHER E. WILLIAMS
                                                             Federal Defender

Date: December 4, 2020              */s/ Reed Grantham*
                                                             REED GRANTHAM
                                                            Assistant Federal Defender
                                                            Attorney for Defendant
                                                            EMILIO LOPEZ

## **O R D E R**

The term and condition of Mr. Lopez's pretrial release, imposed on October 7, 2020, regarding participation in the WestCare residential treatment program, is hereby stricken. All other conditions previously imposed remain in full force and effect.

IT IS FURTHER ORDERED that the status conference currently set for December 16, 2020, at 2:00 p.m., is hereby continued to February 8, 2021, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  **December 4, 2020**                                  */s/ Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE